# KOEHLER & ISAACS LLP
ATTORNEYS AT LAW
61 BROADWAY, 25TH FLOOR
NEW YORK, NY 10006
Tel: (917) 551-1300   Fax: (917) 551-0030
www.koehler-isaacs.com

RICHARD J. KOEHLER*
STEVEN ISAACS*

JEANNETTE M. BALDASSARRE*
A. JAMES BELL*
LIAM L. CASTRO *
SONYA CHAZIN*
RENA C. DAWSON*
CYNTHIA DEVASIA*+◊
CORY GARCIA*
GABRIEL GREENBERG*
TALIA L. HAYNES*
DAVID KIRSCH*
MERCEDES M. MALDONADO *
FELICIA PINTO*
ANDREW ROWE*
JULIE S PEARLMAN SCHATZ*+
ANN M. SCHNEIDER*+
STEPHANIE A. SWINTON*
PETER C. TROXLER*
HOWARD G. WIEN*

NEW JERSEY OFFICE
20 Ferry Street, Suite 1
Newark, NJ 07105
Tel: (862) 240-1900
Fax: (973) 878-2488

OF COUNSEL
RAYMOND J. AAB*
MARK FONTE*+
HON. DAVID FRIED*
DALLIN M. FUCHS*+
JESSICA SALLES*
BRIAN SCHWARTZ*+
BARRY WASHOR*

*Admitted in New York
+Admitted in New Jersey
◊Manages NJ Practice

WRITER'S DIRECT DIAL
(917) 551-1332

November 20, 2019

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11/21/19

**Via ECF**
Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

APPLICATION GRANTED
SO ORDERED
/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
11/21/19

Re:   **United States v. Nester Fernandez, 19Cr747**

Dear Judge Koeltl:

I submit this letter to respectfully request an extension of time to comply with the conditions of Mr. Fernandez's release ordered by Magistrate Gabriel W. Gorenstein on November 6, 2019. To date Mr. Fernandez has relinquished his travel documents and remains compliant with other conditions of his release. We seek the additional time to have his co-signers gather the required documents, allow counsel to review those documents to ensure compliance and to schedule dates for these individuals to be interviewed by the Government. If given the additional time, we believe we can satisfy this final condition within two (2) weeks. We are therefore seeking to have the date to satisfy the bond extended to Wednesday, December 4, 2019.

I of course raised this issue with AUSA Michael Neff and he advised that the Government will consent to one (1) week. Ordinarily, I would agree that one week would be sufficient, however out of an abundance of caution; I am seeking an additional week because I will be out of the District next week and we wish to avoid any potential issues with scheduling of the interviews due to the Thanksgiving holiday next week.

Thank you in advance for any and all consideration of this request. I will await the further instructions from the Court.

Respectfully submitted,
A. James Bell, Esq.