**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
―――――――――――――――――――――――――――――

**UNITED STATES OF AMERICA**

      - against -                           19 Cr. 747 (JGK)

**NESTER FERNANDEZ**                          <u>ORDER</u>

                **Defendant.**
―――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    The conference originally scheduled for **September 16, 2020,** is adjourned to Wednesday, **December 2, 2020,** at **11:30 a.m.**

    Because a continuance is needed to allow the parties to discuss a disposition short of trial, and to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **September 15, 2020,** until **December 2, 2020,** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

**Dated:**    **New York, New York**
           **September 15, 2020**                /s/ John G. Koeltl
                                                  **John G. Koeltl**
                                      **United States District Judge**