# KOEHLER & ISAACS LLP

ATTORNEYS AT LAW
61 BROADWAY, 25TH FLOOR
NEW YORK, NY 10006
Tel: (917) 551-1300   Fax: (917) 551-0030
www.koehler-isaacs.com

RICHARD J. KOEHLER
STEVEN ISAACS

JEANNETTE M. BALDASSARRE*
LIAM L. CASTRO *
A. JAMES BELL
RENA C. DAWSON*
CYNTHIA DEVASIA*+
CORY GARCIA*
GABRIEL GREENBERG*
TALIA L. HAYNES*
DAVID KIRSCH*
MERCEDES M. MALDONADO *
FELICIA PINTO*
ANDREW ROWE*
JULIE S PEARLMAN SCHATZ*+
ANN M. SCHNEIDER*+
STEPHANIE A. SWINTON*
PETER C. TROXLER*
HOWARD G. WIEN*

NEW JERSEY OFFICE
20 Ferry Street, Suite I
Newark, NJ 07105
Tel: (862) 240-1900
Fax: (973) 878-2488

OF COUNSEL
RAYMOND J. AAB*
MARK FONTE*+
HON. DAVID FRIED*
DALLIN M. FUCHS*+
JESSICA SALLES*
BRIAN SCHWARTZ*+
BARRY WASHOR*

*Admitted in New York
Federal and State Courts

WRITER'S DIRECT DIAL
(917) 551-1317

October 1, 2020

**Via ECF**
Honorable John G. Koeltl
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**APPLICATION GRANTED**
**SO ORDERED**
_/s/ John G. Koeltl_
10/1/20
John G. Koeltl, U.S.D.J.

Re: *United States v. Nester Fernandez*
    19 Cr 747 (JGK)

Dear Judge Koeltl:

I am the attorney for Mr. Nester Fernandez in the above referenced matter and file this application for a temporary bond modification seeking authorization for Mr. Fernandez to travel to Kalahari Resort / Waterpark in Pocono Manor, PA to gather with family and close friends. If approved, it is anticipated that Mr. Fernandez will travel to Pocono Manor, Pa October 3rd, stay with family on the resort and return to the District on October 4th. In advance of this application, AUSA Brett Kalikow for the Government advised that they have no objection to this application.

Thank you in advance for any and all consideration of this application. We will await further instructions from the Court on this matter.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 10-1-20

Respectfully,

_____
A. James Bell, Esq.