**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

       - against -                                  19 Cr. 747 (JGK)

**NESTER FERNANDEZ**                                 <u>ORDER</u>

               Defendant.

---

**JOHN G. KOELTL, District Judge:**

    The next conference is scheduled for **February 8, 2021,** at **2:30 p.m.**

    Because a continuance is needed to allow the parties to discuss a disposition short of trial, and to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **December 2, 2020,** until **February 8, 2021,** from Speedy Trial Act calculations.  The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial.  This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

**Dated:**    **New York, New York**
            **December 2, 2020**              <u>/s/ John G. Koeltl</u>
                                                          **John G. Koeltl**
                                              **United States District Judge**