File

# Law Office of Angus James Bell

30 Wall Street, 8th Floor New York, New York 10005
Tel: (212) 804-5765   Fax: (718) 504-6351
Email: ajamesbelllaw@gmail.com

December 11, 2020

**Via ECF**
Honorable John G. Koeltl
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Nester Fernandez*
    *19 Cr 747 (JGK)*

Dear Judge Koeltl:

I am the attorney for Mr. Nester Fernandez in the above referenced matter and file this application for a temporary bond modification seeking authorization for Mr. Fernandez to travel to Pembroke Pines, Florida to attend a family gathering. If approved he will leave on December 27th, stay with family and return the District on January 2, 2021. In advance of this application, AUSA Brett Kalikow advised that he has no objection to this application.

Thank you in advance for any and all consideration of this application. We will await further instructions from the Court on this matter.

Respectfully,

A. James Bell
A. James Bell, Esq.

*Application denied. In view of the ongoing national pandemic emergency and the fact that unnecessary travel is discouraged, travel to Florida would be ill-advised particularly with the necessary quarantine requirements. So ordered. John G. Koeltl/USDJ 12/11/20*