# Law Office of Angus James Bell

30 Wall Street, 8th Floor New York, New York 10005
Tel: (212) 804-5765   Fax: (718) 504-6351
Email: ajamesbelllaw@gmail.com

December 21, 2020

**Via ECF**
Honorable John G. Koeltl
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

                                        Re: *United States v. Nester Fernandez*
                                              19 Cr 747 (JGK)

Dear Judge Koeltl:

       I am the attorney for Mr. Nester Fernandez in the above referenced matter and write this letter seeking the Court's reconsideration of its decision to deny our latest request for a temporary modification of his bond.

       Mr. Fernandez would like to Court to know that this trip was planned as a surprise for his wife in the last trimester of a difficult pregnancy. After consulting with their physician it is believed that such a trip, away from their small apartment and other anxieties of their daily lives, could relieve some of her stress. Also know given Mr. Fernandez's condition, they vigilantly limit their contact with those outside their immediate family and regularly submit to COVID testing.

       As previously noted, if approved, Mr. Fernandez and his wife will drive to Florida on December 27th. Instead of staying with family, they are able to secure a hotel and return to the District on January 2, 2021.

       Thank you in advance for any and all consideration of this application. We will await further instructions from the Court on this matter.

Respectfully,

A. James Bell, Esq.

*[Handwritten note:]* Application for reconsideration is denied. Non-essential travel from New York State is strongly discouraged. There is no reasonable way to assure the safety of the defendant, his wife, and others when the defendant seeks to travel to Florida for a family gathering, and when quarantine requirements will apply on return. So Ordered. /s/ JGK(oeltl)/U.S.D.J. 12/21/20