UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

NESTER FERNANDEZ

Defendant.

19 Cr. 747 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The conference originally scheduled for **May 26, 2021**, is adjourned to **June 30, 2021**, at **12:00 p.m.**

Because a continuance is needed to allow the parties to discuss a disposition short of trial, and to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **May 25, 2021**, until **June 30, 2021**, from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: New York, New York
May 25, 2021

John G. Koeltl
United States District Judge