UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────
UNITED STATES OF AMERICA

      - against -                19 Cr. 747 (JGK)

NESTER FERNANDEZ                 ORDER

        Defendant.
───────────────────────────────

JOHN G. KOELTL, District Judge:

    The defendant's pre-trial motions are due **November 29, 2021**, the responses are due **December 10, 2021**, and the replies are due **December 17, 2021**. A hearing on the motions is set for **January 7, 2022**, at **9:00 a.m.** The final pre-trial conference will be on **January 18, 2022**, at **10 a.m.** The trial date is **January 24, 2022**, at **9 a.m.**

    Because a continuance is needed to allow the parties to discuss a disposition short of trial, and to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **October 8, 2021**, until **January 24, 2022**, from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

The Court also notes that the time between making defense motions and their prompt disposition is independently excludable pursuant to 18 U.S.C. § 3161(h)(1)(D).

**SO ORDERED.**

Dated:   New York, New York
         October 8, 2021

                                      _____
                                              John G. Koeltl
                                       United States District Judge