**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

    - against -             19-cr-747 (JGK)

**NESTER FERNANDEZ,**            <u>ORDER</u>

         Defendant.

---

**JOHN G. KOELTL, District Judge:**

    The conference scheduled for **December 21, 2021** is adjourned to **February 1, 2022 at 10:00 a.m.** The trial in this matter is adjourned to **May 16, 2022.**

    The Court prospectively excludes the time from today, **December 16, 2021,** until **May 16, 2022,** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

Dated:     New York, New York
           December 16, 2021        _____/s/ John G. Koeltl_____
                                                      John G. Koeltl
                                         **United States District Judge**