**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 13, 2022

**BY ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    United States v. Nester Fernandez, 19 Cr. 747 (JGK)

Dear Judge Koeltl:

      I will soon be ending my position as an Assistant United States Attorney in the Southern District of New York. I therefore write respectfully to request that the Court direct the Clerk of Court to terminate my appearance in the above-captioned case.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

By: _____

      Brett M. Kalikow
      Assistant United States Attorney
      (212) 637-2220

cc: All counsel of record (via ECF)

APPLICATION GRANTED
SO ORDERED

7/14/22 _____
John G. Koeltl, U.S.D.J.